Civil Action No.    1:25-cv-08684

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **MCBRIDE LAW FIRM, PLLC**
was recieved by me on **10/27/2025:**

☐    I personally served the summons on the individual at *(place)* on *(date)* ; or

☐    I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒    I served the summons on **Vaneesa Doe, Receptionist**, who is designated by law to accept service of process on behalf of **MCBRIDE LAW FIRM, PLLC** at **305 Broadway, Ste. 700, New York, NY 10007** on **10/30/2025 at 12:28 PM**; or

☐    I returned the summons unexecuted because ; or

☐    Other *(specify)*

My fees are $ 0 for travel and **$ 75.00** for services, for a total of **$ 75.00**.

I declare under penalty of perjury that this information is true.

Date:  10/30/2025

*Server's signature*

**Stephen Theus**
*Printed name and title*

**26 Court Street
Suite 1812
BROOKLYN, NY 11242**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS; COMPLAINT; EXHIBIT, to Vaneesa Doe, Receptionist who identified themselves as the person authorized to accept. The individual accepted service with direct delivery. The individual appeared to be a brown-haired white female contact 45-55 years of age, 5'4"-5'6" tall and weighing 120-140 lbs.**




Tracking #: **0193042972**