UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
LINDSAY OLSON,

                  Plaintiff,             **ORDER**

          - against -         25 Civ. 8684(NRB)

MCBRIDE LAW FIRM, PLLC and JOSEPH D.
MCBRIDE,

                 Defendants.
------------------------------------X
**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

    **WHEREAS**, on January 6, 2026, defendants Joseph D. McBride and McBride Law Firm, PLLC filed a motion to dismiss (the "Motion"), ECF No. 18; and

    **WHEREAS**, the Motion was not "accompanied by a letter no longer than three pages outlining the substantive arguments advanced in the motion papers" as required by Rule 2.C.1 of this Court's individual practices; it is hereby

    **ORDERED** that defendants shall file a letter regarding their Motion in accordance with Rule 2.C.1 no later than 7 days from the date of this Order.

Dated:    June 11, 2026
          New York, New York

                                  _____
                                  NAOMI REICE BUCHWALD
                                  UNITED STATES DISTRICT JUDGE

1