UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
LINDSAY OLSON,

Plaintiff,

- against -

MCBRIDE LAW FIRM, PLLC and JOSEPH D. MCBRIDE,

Defendants.
----------------------------------X

25 Civ. 8684 (NRB)

NOTICE OF PRETRIAL CONFERENCE

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

This action has been assigned to me for all purposes. Counsel are directed to appear **telephonically** for a conference with the Court on the date and time listed below. Prior to the teleconference, the dial-in information will be provided to counsel.

Counsel are directed to confer prior to the teleconference regarding settlement and other subjects to be considered at Fed. R. Civ. P. 16(b) and 26(f) conferences, and to be prepared to report to the Court on those subjects and to identify any discovery which must precede meaningful settlement discussions.

If this case has been settled or otherwise terminated, counsel are not required to appear via teleconference, provided that a stipulation of discontinuance, voluntary dismissal, or other proof of termination is filed via ECF before the date of the teleconference.

All pretrial conferences must be attended by the attorney who will serve as principal trial counsel, and counsel must be authorized to settle the case and to make other appropriate stipulations.

Requests for an adjournment may be made only in writing and must be received no later than three business days before the conference. The written submission must (a) specify the reasons for the adjournment, (b) state whether the other parties have consented, and (c) indicate several times and dates in the near

future when all counsel are available. Unless counsel are notified that the conference has been adjourned, it will be held as scheduled.

**Date and time of teleconference: October 1, 2026, at 2:00 P.M.**

Attorneys are directed to consult this Court's Individual Practices with respect to communications with Chambers, adjournments, motions and related matters.

**IT IS SO ORDERED.**

DATED: September 17, 2026
New York, New York

Naomi Reice Buchwald

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE